170

700 A.2d 1261

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Wayne A. SMITH, Appellant.**

Supreme Court of Pennsylvania.

Oct. 2, 1997.

Reargument Denied March 3, 1998.

## *ORDER*

PER CURIAM.

AND NOW, this 2nd day of October, 1997, the Emergency Motion for Stay of Execution is granted pending final disposition by the United States Supreme Court of any timely filed petition for writ of certiorari.